UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED SPECIALTY INSURANCE COMPANY, | Case No. 1:21-cv-00219-NONE-EPG |
|---|---|
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WESLEY UHRHAN AND SHARON UHRHAN WITHOUT PREJUDICE |
| v. | |
| B&B TRUCK LINE, INC., et al., | (ECF No. 20) |
| Defendants. | |

On April 30, 2021, Plaintiff United Specialty Insurance Company filed a notice of voluntary dismissal of Defendants Wesley Uhrhan and Sharn Uhrhan only without prejudice. (ECF No. 20.) Defendants Wesley Uhrhan and Sharn Uhrhan have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against these two defendants has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendants Wesley Uhrhan and Sharn Uhrhan have been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated: **May 3, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1