UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED SPECIALTY INSURANCE COMPANY, | Case No. 1:21-cv-00219-NONE-EPG |
|---|---|
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GLEN PAASH |
| v. | |
| B&B TRUCK LINE, INC., et al., | (ECF No. 33) |
| Defendants. | |

On May 13, 2021, Plaintiff United Specialty Insurance Company filed a notice of voluntary dismissal of Defendant Glen Paasch only without prejudice. (ECF No. 33). Defendant Glen Paash has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Glen Paash has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant Glen Paasch has been terminated from this action.

IT IS SO ORDERED.

Dated: **May 14, 2021**       /s/ Erica P. Grosjean
                                                                                      UNITED STATES MAGISTRATE JUDGE

1