UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>B&B TRUCK LINE, INC., et al.,<br><br>Defendants. | Case No. 1:21-cv-00219-NONE-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL AS TO TOTAL QUALITY LOGISTICS, LLC; NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JUSTINE THOMPSON<br><br>(ECF Nos. 37, 38) |

This case is before the Court on two filings. (ECF Nos. 37, 38).

On May 28, 2021, Plaintiff United Specialty Insurance Company and Defendant Total Quality Logistics, LLC, through counsel, filed a stipulation of dismissal as to Defendant Total Quality Logistics, LLC only without prejudice. (ECF No. 37). In light of the stipulation, the case against Defendant Total Quality Logistics, LLC has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Also, on May 28, 2021, Plaintiff United Specialty Insurance Company filed a notice of voluntary dismissal as to Defendant Justine Thompson only without prejudice. (ECF No. 38). Defendant Justine Thompson has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Justine Thompson has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson*, 111 F.3d at 692.

1

The Clerk of the Court is respectfully directed to designate on the docket that Defendants Total Quality Logistics, LLC and Justine Thompson have been terminated from this action.

IT IS SO ORDERED.

Dated: **June 1, 2021**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE