UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>B&B TRUCK LINE, INC., et al.,<br><br>            Defendants. | Case No.   1:21-cv-00219-NONE-EPG<br><br>ORDER RE: STATEMENT OF UNITED SPECIALITY INSURANCE COMPANY IN LIEU OF RULE 26 REPORT, VACATING JUNE 22, 2021 SCHEDULING CONFERENCE<br><br>(ECF No. 40) |

This case is before the Court on the statement of Plaintiff United Specialty Insurance Company in lieu of Rule 26 report. (ECF No. 40). The statement notes the requirement in this Court's May 4, 2021 minute order—that the parties were required to file a joint scheduling report one week before the June 22, 2021 scheduling conference. (ECF No. 31). However, Plaintiff notes that most of the defendants have been dismissed or had an entry of default entered against them. (*See* ECF Nos. 20, 24, 28, 29, 30, 37, 38).  As to the remaining defendants, Plaintiff states as follows:

> United Specialty was in the process of preparing a motion for the default judgment of the defaulting Defendants Gurjit Singh, B&B Cargo, Inc., and B&B Truck Line, Inc., which was the only further action required in the case. However, counsel for United Specialty was recently advised that a settlement was reached in the underlying consolidated actions out of which the instant action arises, namely *Uhrhan et al v. &B Cargo, Inc., et al.*, USDC, Eastern District of Missouri (St. Louis), Case No. 4:17-cv-02720-JAR; *Thompson v. B&B Cargo, Inc.*, et al., USDC, Eastern District of Missouri (St. Louis), Case No. 4:18-cv-02055-JAR; and *Paasch v. B&B Cargo, Inc., et al.*, Eastern District of Missouri (St. Louis),

Case No. 4:19-cv-02551-JAR. (ECF No. 40, p. 2). Given these circumstances, Plaintiff states that it is "anticipated that this matter and the underlying matter may globally resolve through settlement [and that a] notice of settlement will be separately filed as appropriate." (*Id.*). Plaintiff thus requests that this Court vacate the June 22, 2021 scheduling conference.

Accordingly, IT IS ORDERED as follows:

1. The June 22, 2021 scheduling conference (ECF No. 31) is vacated;
2. No later than July 17, 2021, the Plaintiff shall file the appropriate settlement documents should it settle the remainder of this case. Alternatively, should Plaintiff not settle this matter by this date, Plaintiff shall file a status report informing the Court on the status of the case and the appropriate next steps to progress the case.

IT IS SO ORDERED.

Dated:   **June 16, 2021**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE