UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>B&B TRUCK LINE, INC., et al.,<br><br>Defendants. | Case No.  1:21-cv-00219-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT B&B TRUCK LINE, INC., DEFENDANT B&B CARGO, INC., AND DEFENDANT GURJIT SINGH<br><br>(ECF No. 44) |

On August 20, 2021, Plaintiff United Specialty Insurance Company filed a notice of voluntary dismissal of the remaining Defendants in this case, B&B Truck Line, Inc., B&B Cargo, Inc., and Gurjit Singh, without prejudice. (ECF No. 44). None of these Defendants have filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendants B&B Truck Line, Inc., B&B Cargo, Inc., and Gurjit Singh has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:  **August 23, 2021**                      /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

1